IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>LATAKOO, INC.,<br><br>         Defendant. | Hon. Robert W. Schroeder, III<br><br>**JURY TRIAL DEMANDED**<br><br>CASE NO. 6:15-CV-526 |

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RBDS") dismisses its claims against Latakoo Inc. with prejudice, and each party bears its own attorneys' fees and costs.

DATED:  December 2, 2015					Respectfully Submitted,

						By:/s/Charles Ainsworth

						Charles Ainsworth
						State Bar No.  00783521
						Robert Christopher Bunt
						State Bar No. 00787165
						PARKER, BUNT & AINSWORTH, P.C.
						100 E. Ferguson, Suite 1114
						Tyler, TX 75702
						903/531-3535
						903/533-9687
						E-mail: charley@pbatyler.com
						E-mail: rcbunt@pbatyler.com

						**ATTORNEYS FOR PLAINTIFF,
						ROTHSCHILD BROADCAST
						DISTRIBUTION SYSTEMS, LLC**

						/s/John J. Mongogna with permission
						John J. Mongogna
						Texas Bar No. 24002627
						WRIGHT GINSBERG BRUSILOW, PC
						14755 Preston Road
						Suite 600
						Dallas, TX 75254
						Telephone: (972) 788-1600
						Facsimile: (972) 239-0138
						Email: jmongogna@wgblawfirm.com

						**ATTORNEYS FOR DEFENDANT
						LATAKOO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of December, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

						*/s/ Charles Ainsworth*
						Charles Ainsworth