IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>LATAKOO, INC.,<br><br>          Defendant. | Hon. Robert W. Schroeder, III<br><br>**JURY TRIAL DEMANDED**<br><br>CASE NO. 6:15-CV-526 |

## ORDER

Came for consideration before the Court is the Stipulation of Dismissal with Prejudice of Defendant Latakoo, Inc., pursuant to Fed. R. Civ. P. 41(a).  Upon consideration of the same, the Court is of the opinion that the Dismissal of Defendant Latakoo, Inc., with prejudice should be GRANTED.

It is further ORDERED that each party is to bear its own attorneys' fees and costs.

**SIGNED this 4th day of December, 2015.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE